**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

BIOVEST INTERNATIONAL, INC.,                  CASE NO. 8:13-BK-02892-KRM
                                                      CHAPTER 11

      Debtor.
_____/

## NOTICE OF APPEAL

The Official Committee of Equity Security Holders of Biovest International, Inc. (the "Equity Committee"), appeals to the U.S. District Court for the Middle District of Florida under 28 U.S.C. § 158(a) from the *Order Confirming First Amended Plan of Reorganization of Biovest International, Inc. Under Chapter 11 of Title 11, United States Code Dated as of April 18, 2013, as Modified, Pursuant to 11 U.S.C. § 1129* [Doc. No. 393] entered in this bankruptcy case on the 28th day of June, 2013 (a copy of which is attached hereto and incorporated by reference).

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Counsel to the Official Committee of Equity Security Holders of Biovest International, Inc.**
Lori V. Vaughan
Trenam, Kemker, Scharf, Barkin,
 Frye, O'Neill & Mullis, P.A.
Suite 2700, Bank of America Plaza
101 East Kennedy Boulevard
Tampa, Florida 33602
Telephone: (813) 223-7474
Fax: (813) 229-6553
Email: LVaughan@trenam.com

**Counsel to Debtor Biovest International, Inc.**
Charles A. Postler and Daniel R. Fogarty
Stichter, Riedel, Blain & Prosser
110 E. Madison Street, Suite 200
Tampa, FL 33602-4700
Telephone: (813) 229-0144
Fax: (813) 229-1811
Email: cpostler@srbp.com

dfogarty@srbp.com

**Counsel to the Official Committee of Unsecured Creditors**
Paul J. Battista
Genovese Joblove & Battista PA
100 Southeast 2nd Street
44th Floor
Miami, FL 33131
Telephone: (305) 349-2300
Fax: (305) 349-2310
Email: pbattista@gjb-law.com

Adam H. Friedman
Olshan Frome Wolosky, LLP
Park Ave. Tower
65 East 55th Street
New York, NY 10022
Telephone: (212) 451-2216
Fax: (212) 451-2222
Email: afriedman@olshanlaw.com

Dated: July 3, 2013

    Respectfully Submitted,

    /s/ Lori V. Vaughan
    ROBERTA A. COLTON
    Florida Bar No. 371289
    rcolton@trenam.com
    LORI V. VAUGHAN
    Florida Bar No. 0154921
    lvaughan@trenam.com
    RHYS P. LEONARD
    Florida Bar No. 0059176
    rleonard@trenam.com
    TRENAM, KEMKER, SCHARF, BARKIN,
    FRYE, O'NEILL & MULLIS, P.A.
    Suite 2700, Bank of America Plaza
    101 East Kennedy Boulevard
    Tampa, Florida 33602
    Telephone: (813) 223-7474
    Fax: (813) 229-6553
    *Attorneys for Appellant*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on July 3, 2013, a true and correct copy of the foregoing Notice of Appeal with exhibit was furnished by U.S. Mail and CM/ECF, where applicable, to: Biovest International, Inc., 300 S. Hyde Park Avenue, Suite 210, Tampa, FL 33606; Charles A. Postler and Daniel R. Fogarty, Stichter, Riedel, Blain & Prosser, 110 E. Madison Street, Suite 200, Tampa, FL 33602-4700; United States Trustee – TPA, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602; Paul J. Battista, Genovese Joblove & Battista PA, 100 Southeast 2nd Street, 44th Floor, Miami, FL 33131; Adam H. Friedman, Olshan Frome Wolosky, LLP, Park Ave. Tower, 65 East 55th Street, New York, NY 10022; and by CM/ECF only to: all registered CM/ECF recipients.

                                                  /s/ Lori V. Vaughan
                                                  Attorney